IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUTH E. PEARSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LASALLE BANK, et al** | : | **NO. 08-2306** |

### ORDER

**AND NOW**, this 9th day of June, 2009, upon consideration of Defendants', Grenen & Birsic, P.C., Daniel J. Birsic, Esquire, Joseph A. Fidler, Esquire, Mary D. Grenen, Esquire and Kristine M. Anthou, Esquire, Motion to Dismiss and the response filed in opposition, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**